**Kelvin SIMMONS, Plaintiff–Appellant,**

v.

**Mary J. HUFF, formerly known as Mary H. Simmons; Linda Starke, Social Worker, Chesterfield/Colonial Heights Department of Social Services; Chesterfield/Colonial Heights Department of Social Services; Pamela Moseley, Social Worker, Virginia Department of Social Services, Henrico District Office; S. Hinton McRae, Support Enforcement Specialist, Virginia Department of Social Services, Henrico District Office; Virginia Department of Social Services; County of Chesterfield, Virginia; Chesterfield County Commonwealth Attorney Office; Mary E. Langer; Elizabeth Smyers, Office of the Commonwealth Attorney; Chesterfield County Police Department; R.D. Ash, Detective, # 646; J.T. Williams, Officer, # 449, Chesterfield County Police Department; Thomas J. Loving, Defendants–Appellees.**

**No. 03–1515.**

United States Court of Appeals, Fourth Circuit.

Submitted July 24, 2003.

Decided July 29, 2003.

Kelvin Simmons, pro se. Stephen Vaughan Sommers, Hairfield, Morton, Watson & Adams, P.L.C., Richmond, Virginia; Steven Latham Micas, County Attorney, Michael Steven Jonas Chernau, County Attorney's Office, Chesterfield, Virginia; Andrew Cameron O'Brion, Office of the Attorney General of Virginia, Richmond, Virginia; Joshua Noah Lief, Sands, Anderson, Marks & Miller, Richmond, Virginia, for Appellees.

Before MICHAEL and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Kelvin Simmons appeals the district court's order denying relief on his civil complaints. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Simmons v. Huff,* No. CA–03–90–3 (E.D.Va. Apr. 18, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*